```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 26447
  PAUL ORLANDO CHAVEZ
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

           Debtor
  SSN XXX-XX-7043
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/02/08 .

2. The case was dismissed without confirmation, 11/06/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PRO SE DEBTOR             , was allowed $       .00
and was paid $      .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .


Dated: 02/11/09                    /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE

```
                              PAGE   2
       CASE NO. 08 B 26447 PAUL ORLANDO CHAVEZ
```